**UNITED STATES of America, Plaintiff-Appellee**

v.

**Miguel Alberto MONTERROZA-CALDERON, also known as Miguel Alberto Monterosa, also known as Miguel Alberto Monteroza Calderon, also known as Miguel Monterroza Calderon, Defendant-Appellant**

**No. 15-20737**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Date Filed: 11/28/2016

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Miguel Alberto Monterroza-Calderon, Pro Se

Before JOLLY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Miguel Alberto Monterroza-Calderon has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Cir. 2011). Monterroza-Calderon has filed a response. We have reviewed counsel's brief and the relevant portions of the record referenced therein, as well as Monterroza-Calderon's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5th Cir. R. 42.2.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5th Cir. R. 47.5.4.